191 So.2d 641

**Norman Lind YOUNG**

v.

**Mrs. Helen W. STEVENS and Latter and Blum, Inc.**

No. 48459.

Nov. 18, 1966.

In re: Mrs. Helen W. Stevens applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 190 So.2d 264.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

191 So.2d 641

**Ellis M. BONSTAFF, Sr., individually and for the Use and Benefit of his minor son, Ellis M. Bonstaff, Jr.**

v.

**Harry T. VILLAR.**

No. 48460.

Nov. 18, 1966.

In re: Ellis M. Bonstaff, Sr., individually and for the use and benefit of his minor son, Ellis M. Bonstaff, Jr., applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of St. Bernard. 190 So.2d 103.

Writ refused. No error of law under the facts found by the Court of Appeal.